# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA WURTZBURGER,<br><br>               Plaintiff,<br><br>vs.<br><br>KENTUCKY FRIED CHICKEN,<br><br>               Defendant. | Civ. No. 1:16-cv-08186<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law of Defendant KFC Corporation in Support of Motion to Dismiss, the Declaration of Peter D. Raymond and its annexed exhibits, and all prior pleadings and proceedings in this case to date, Defendant KFC Corporation[1] will move this Court, before the Honorable Nelson S. Román, at Room 218 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601, as soon as counsel may be heard, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing, with prejudice, Plaintiff's Amended Complaint in its entirety, and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's January 18, 2017 Order, opposition papers shall be served on or before April 21, 2017, and reply papers will be served on or before May 8, 2017.

---

[1] Defendant was incorrectly referred to in the caption as Kentucky Fried Chicken.

Dated: March 21, 2016
      New York, New York

           Respectfully submitted,
           **REED SMITH LLP**

           _/s/ Peter Raymond_____
           Peter D. Raymond
           Matthew C. Anderson
           599 Lexington Avenue
           New York, New York 10022
           (212) 521-5400

           *Attorneys for Defendant*
           *KFC Corporation*